THE PEOPLE OF THE STATE OF NEW YORK ex rel. SCHLUTER & COMPANY, INC., Respondent, against THOMAS M. LYNCH et al., Constituting the State Tax Commission, Appellants.

(Argued May 21, 1934; decided June 5, 1934.)

John J. Bennett, Jr., Attorney-General (Wendell P. Brown of counsel), for appellants.

J. Hampden Dougherty, Jr., for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. CRANE, J., dissents on the ground that People ex rel. Ducas Co. v. State Tax Commission (260 N. Y. 525) is not binding upon this court on the facts in this case.